IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3144 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SCOTT C. FITZGERALD, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion to continue sentencing (filing 47) is granted.

(2)   Defendant Fitzgerald's sentencing is continued to Monday, September 28, 2009, at 2:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

July 31, 2009.                    BY THE COURT:

                        s/ *Richard G. Kopf*
                        United States District Judge