IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3144 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT C. FITZGERALD, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    An appeal is pending in this case. A person by the name of Catherine Snyder sent me an e-mail allegedly at the direction of the defendant. I will file that correspondence, and treated as a motion it will be denied. If Mr. Fitzgerald wants a new lawyer he should address his request to the Court of Appeals. In any event, Mr. Fitzgerald and Ms. Snyder should stop writing or contacting me.

    IT IS ORDERED that:

1. The Clerk shall file the e-mail and treated as a motion it is denied.

2. Mr. Fitzgerald and Ms Snyder should stop writing or trying to contact me. If they don't stop, they could be held in contempt of court.

3. The Clerk of this Court shall send a copy of this memorandum and order and the e-mail to the Clerk of the United States Court of Appeals for the Eighth Circuit.

DATED this 31st day of December, 2009.

                                            BY THE COURT:

                                            *Richard G. Kopf*
                                            United States District Judge